UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:18-cr-81 (SRU) |
| vs. | : |
| JONATHAN BRITO | : April 6, 2020 |

ORDER ON DEFENDANT'S MOTION

FOR COMPASSIONATE RELEASE (DOC # 1018)

The Defendant JONATHAN BRITO's March 31, 2020 Emergency Motion for Compassionate Release (Doc No. 1018) is **GRANTED**. Brito's sentence is hereby reduced to **time served** and he is ordered to be immediately released. The Court directs the Bureau of Prisons to immediately commence the process of releasing Brito from custody.

The Court further orders that Brito's conditions of Supervised Release are modified as follows:

1. Upon release, Brito shall immediately return to his home in Connecticut. Brito shall he on home incarceration until his original BOP release date (May 2, 2020), and then he will commence the six (6) month period of home confinement described in the Court's Judgment dated September 30, 2019 (Doc. No. 831). The Court leaves it to the discretion of the United States Probation Office to determine at what time and place it is appropriate to equip Brito with an electronic monitoring device, or whether to seek modification of the condition to another form of monitoring.

2. Upon returning to his home in Connecticut, Brito must self-quarantine for fourteen (14) days. He must also contact his physician to determine whether he is a candidate for testing for COVID-19. If his medical provider determines that he needs to be tested, he must comply with that testing. If the test is positive, he must promptly report the result to the Bureau of Prisons.

So ordered.

Dated at Bridgeport, Connecticut, this 6th day of April 2020.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge